**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52669.**

Oct. 17, 1972.

Writ refused. Since relator has served his sentence and has been finally discharged from custody, the questions raised by his application are now moot.

267 So.2d 207

**STATE of Louisiana ex rel.
Charles HARRIS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52798.**

Oct. 17, 1972.

Writ denied. Based on evidentiary hearing held in the trial court, we find that the factual allegations concerning trial and pre-trial prejudice to be without merit. Further, the petitioner was represented by retained counsel at the times. See also State v. Harris, 260 La. 872, 257 So.2d 643 (1972).

267 So.2d 207

**STATE of Louisiana**

v.

**Georgette HUNDLEY, Diana Hundley et al.**

**No. 52893.**

Oct. 17, 1972.

The petition of relators in the above numbered and entitled cause having been duly considered,

The Juvenile Court in and for the Parish of Jefferson Davis is ordered to hold a bail hearing within twenty-four (24) hours and fix bail in accordance with Code of Crimi-

nal Procedure Article 317. See State v. Franklin, 202 La. 439, 12 So.2d 211, and In Re: Gault, 387 U.S. 1, 87 S.Ct. 1428, 18 L.Ed.2d 527 (1966).